Tina I. Mangarpan, Esq., Bar No. 117898
FORD WALKER, HAGGERTY & BEHAR
Twenty-Seventh Floor
Long Beach, California  90831-2700
(562) 983-2500; (562) 983-2555 Fax
tmangarpan@fwhb.com

Attorneys for Defendant, **GENUINE PARTS COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | No. 5:20-CV-04391-EJD |
| Plaintiff, | |
| v. | [PROPOSED] ORDER ON STIPULATION TO SET ASDIDE DEFAULTS ENTERED |
| **Elaine Joan Postigo**, in individual and representative capacity as Trustee of the Rossi Revocable Trust (Executed on 10/16/92 for the benefit of Joanne Rossi, Raymond E. Rossi, and Successors)-Rossi Bypass Trust; **Alan Louis Rossi**, in individual and representative capacity as Trustee of The Rossi Revocable Trust (Executed on 10/16/92 for the benefit of Joanne Rossi, Raymond E. Rossi, and Successors)-Rossi Bypass Trust; **Genuine Parts Company**, a Georgia Corporation; and Does 1-10, | Complaint served:   July 7, 2020 |
| Defendants. | |

IT IS SO ORDERED that the default entered on or about September 2, 2020 as to Defendant, ELAINE JOAN POSTIGO, in individual and representative capacity as Trustee of The Rossi Revocable Trust (Executed on 10/16/92 for the benefit of Joanne Rossi, Raymond E. Rossi, and Successors)-Rossi Bypass Trust and the default entered on or about August 19, 2020 as to Defendant, ALAN LOUIS ROSSI, in individual and representative capacity as Trustee of The Rossi

1

Revocable Trust (Executed on 10/16/92 for the benefit of Joanne Rossi, Raymond E. Rossi, and Successors)-Rossi Bypass Trust are hereby set aside pursuant to joint stipulation by the parties.

Dated:  November 2, 2020    _____
                            Honorable Edward J. Davila
                            United States District Court Judge